No. 78–911. INDUSTRIAL UNION DEPARTMENT, AFL–CIO *v.* AMERICAN PETROLEUM INSTITUTE ET AL.; and

No. 78–1036. MARSHALL, SECRETARY OF LABOR *v.* AMERICAN PETROLEUM INSTITUTE ET AL. C. A. 5th Cir. [Certiorari granted, 440 U. S. 906.] Motion of Joseph Cimino et al. for leave to file a brief as *amici curiae* granted.

No. 78–1088. KISSINGER *v.* REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS ET AL.; and

No. 78–1217. REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS ET AL. *v.* KISSINGER. C. A. D. C. Cir. [Certiorari granted, 441 U. S. 904.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes are allotted for oral argument in these cases.

No. 78–1248. GTE SYLVANIA, INC., ET AL. *v.* CONSUMERS UNION OF THE UNITED STATES, INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 441 U. S. 942.] Motion of the Solicitor General for additional time for oral argument granted, and five additional minutes allotted for that purpose. The nonfederal respondent also allotted an additional five minutes for oral argument.

No. 78–1422. RETIREMENT FUND TRUST OF THE PLUMBING, HEATING & PIPING INDUSTRY OF SOUTHERN CALIFORNIA *v.* JOHNS. Ct. App. Cal., 4th App. Dist.;

No. 78–1445. SOUTHERN CALIFORNIA IBEW–NECA PENSION PLAN ET AL. *v.* JOHNSTON ET VIR. Ct. App. Cal., 2d App. Dist.;

No. 78–1841. CUYLER, CORRECTIONAL SUPERINTENDENT, ET AL. *v.* ADAMS. C. A. 3d Cir.;

No. 79–88. CALIFORNIA *v.* WHYTE. Ct. App. Cal., 1st App. Dist.; and

No. 79–101. BLUM, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. *v.* SWIFT ET AL. C. A. 2d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.